UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KING,<br>           Plaintiff,<br>    v.<br>SOCIAL SECURITY ADMINISTRATION,<br>           Defendant. | Case No. 16-cv-02912-DMR<br><br>**ORDER RE AMENDED COMPLAINT AND REQUEST TO VACATE CMC**<br><br>Re: Dkt. No. 11 |

This action was removed from Alameda County Superior Court, Small Claims Division, on May 31, 2016.  Plaintiff Henry King's original complaint did not provide enough information for the court to determine whether it was appropriate to treat this case as an action seeking review of a decision by the Secretary of Health and Human Services regarding a denial of Social Security payments and thus subject to the Court's Procedural Order for Social Security Review Actions. Accordingly, the court set the matter for a Case Management Conference on August 24, 2016. [Docket No. 10.]  On June 22, 2016, Plaintiff filed an "Amended Complaint for Judicial Review of Decision of Commissioner of Social Security" in which he asserted that a Case Management Conference is unnecessary.  However, the amended complaint is incomplete and does not clarify the matters at issue in this lawsuit.  Accordingly, the August 24, 2016 Case Management Conference remains on calendar.

**IT IS SO ORDERED.**

Dated: June 29, 2016



_____
Donna M. Ryu
United States Magistrate Judge