1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    HENRY KING,                          Case No.  16-cv-02912-DMR

            Plaintiff,
8
                                          **ORDER RE AMENDED COMPLAINT**
9        v.                               **AND REQUEST TO VACATE CMC**

10   SOCIAL SECURITY ADMINISTRATION,      Re: Dkt. No. 11

            Defendant.
11

12          This action was removed from Alameda County Superior Court, Small Claims Division,

13   on May 31, 2016.  Plaintiff Henry King's original complaint did not provide enough information

14   for the court to determine whether it was appropriate to treat this case as an action seeking review

15   of a decision by the Secretary of Health and Human Services regarding a denial of Social Security

16   payments and thus subject to the Court's Procedural Order for Social Security Review Actions.

17   Accordingly, the court set the matter for a Case Management Conference on August 31, 2016.

18   [Docket No. 10.]  On June 22, 2016, Plaintiff filed an "Amended Complaint for Judicial Review

19   of Decision of Commissioner of Social Security" in which he asserted that a Case Management

20   Conference is unnecessary.  [Docket No. 11.]  However, the amended complaint is incomplete and

21   does not clarify the matters at issue in this lawsuit.  Accordingly, the August 31, 2016 Case

22   Management Conference remains on calendar.

23

24       **IT IS SO ORDERED.**

25   Dated: June 29, 2016

26                                              _____
                                                Donna M. Ryu
27                                              United States Magistrate Judge

28

*United States District Court*
*Northern District of California*

