UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HENRY KING,**

    Plaintiff,

vs.

**CAROLYN COLVIN,** Acting Commissioner for the Social Security Administration (SSA),

    Defendant.

Case No. 16-cv-02912 YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 20

Plaintiff Henry King, proceeding *pro se*, brings this action for judicial review of a decision of the commissioner of the Social Security Administration ("SSA"). (*See* Dkt. No. 11.) Plaintiff has lodged multiple filings arguing a case management conference is not required for this case and requesting that the Court vacate the same. (*See* Dkt. Nos. 11, 21, 22.) This case was recently transferred to the undersigned (Dkt. No. 19) and the case management conference previously set is therefore **VACATED**. The Courtroom Deputy has been directed to contact plaintiff King via telephone and advise him that he need not appear for the vacated case management conference.

Also pending before the Court is a motion to dismiss this action filed by the SSA. (Dkt. No. 20.) Plaintiff King filed pleadings labeled as responses to the motion to dismiss on July 18, 2016 (Dkt. No. 21) and on August 3, 2016 (Dkt. No. 22.) However, plaintiff's filings primarily focus on the above-referenced case management conference. Plaintiff has failed to respond substantively to jurisdictional arguments raised by the SSA in its motion to dismiss. Especially in light of plaintiff's *pro se* status, the Court will allow plaintiff an additional opportunity to respond to the SSA's motion to dismiss. Plaintiff is **ORDERED** to file a supplemental response no later than **Friday, September 2, 2016**. The SSA shall file a reply within one week of receiving plaintiff's supplemental response.

In light of his *pro se* status, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.8982 or signing up for an

appointment on the 4th Floor of the Oakland Courthouse, Room 470S.  At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**